UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 13-2104 MK |
| | ) | MAGISTRATE JUDGE KNOWLES |
| EDDIE ALLEN JACKSON | ) | (WDMI Case #1:13-cr-00246-RHB) |

## ORDER

The Government has moved that the Court direct the Clerk's Office to unseal the Indictment and Warrant in the above-styled case on the basis that the warrant has been executed and there is no further need for the Indictment and Warrant to remain sealed.

It is therefore ORDERED that the Clerk is directed to unseal the Indictment and Warrant in the above-styled matter for the reason herein stated.

This 19th day of December, 2013.

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE