IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 13-2104 MK |
| | ) | |
| EDDIE ALLEN JACKSON | ) | |

**ORDER HOLDING DEFENDANT TO ANSWER
IN THE WESTERN DISTRICT OF MICHIGAN AT GRAND RAPIDS**

The defendant, **Eddie Allen Jackson** was arrested in this District on a Warrant issued in the **Western District of Michigan at Grand Rapids** Case No. **1:13-cr-246** charging him with violations of **18 U.S.C. § 1591(a)(1) and (b)(2) Sex Trafficking of a Minor.**

**Section I. Preliminary Proceedings:**

No Preliminary Hearing held because indictment/information previously returned.

No Identity Hearing held because defendant waived identity hearing.

**Section II. Bond/Detention Proceedings.**

Government moved for detention. Defendant waived a detention hearing in this district, but reserved the right to have a detention hearing in the Western District of Michigan.

**IT IS HEREBY ORDERED:**

Let a Commitment to Another District issue to the U.S. Marshal, the defendant having been temporarily detained.

**SO ORDERED.**

December 19, 2013
DATE

E. CLIFTON KNOWLES
United States Magistrate Judge